1  **SODW**
   RICHARD C. LINSTROM
   General Counsel
2  Nevada Bar No. 005407
   SCOTT D. FLEMING
3  Assistant General Counsel
   Nevada Bar No. 005638
4  UNIVERSITY OF NEVADA, LAS VEGAS
   4505 South Maryland Parkway, Box 451085
5  Las Vegas, Nevada 89154-1085
   Telephone: (702) 895-5185
6  Facsimile: (702) 895-5299
   *Attorneys for Defendants the State*
7  *of Nevada ex rel. Board of Regents*
   *of the Nevada System of Higher Education*
8  *on behalf of the University of Nevada,*
   *Las Vegas, Brian Spangelo, David Hatchett,*
9  *Dennis W. Lindle, Ernesto Abel-Santos, Casey*
   *Hall-Carper and Kathleen Korgan*
10

11                    **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13

14  ALLISON C.A. WALLACE,                      CASE NO.  2:09-cv-1588-RCJ-PAL

            Plaintiff,
15
                vs.                            **STIPULATION AND ORDER FOR**
16                                             **DISMISSAL WITH PREJUDICE**
    STATE OF NEVADA ex. rel., its BOARD
17  OF REGENTS OF THE NEVADA
    SYSTEM OF HIGHER EDUCATION ON
18  BEHALF OF THE UNIVERSITY OF
    NEVADA, LAS VEGAS, a state agency,
19  BRIAN SPANGELO, in his official and
    individual capacity, DAVID HATCHETT, in
20  his official and individual capacity, and
    DENNIS W. LINDLE, in his official and
21  individual capacity, ERNESTO ABEL-
    SANTOS, in his official and individual
22  capacity, CASEY HALL CARPER in her
    official and individual capacity, and
23  KATHLEEN KORGAN, in her official and
    individual capacities.
24
            Defendants.
25

26

27         IT IS HEREBY STIPULATED by the parties, by and through their respective counsel

28  of record, that the above-entitled case shall be dismissed with prejudice, with each party to bear

1    their own attorneys fees and costs.

2

3    Dated: _10·31·11_____          Dated: _11/10/11_____

4

5    By: _____            By: _____
          Jeffrey S. Blanck, Esq.              RICHARD C. LINSTROM
6         Nevada State Bar No.  3913            General Counsel
          485 West Fifth Street                 Nevada State Bar No. 005407
7         Reno, Nevada  89503                   SCOTT D. FLEMING
          *Attorneys for Plaintiff*             Assistant General Counsel
8                                               Nevada State Bar No. 005638
                                                UNIVERSITY OF NEVADA, LAS VEGAS
9                                               4505 Maryland Parkway, Box 41085
                                                Las Vegas, Nevada 89154-1085
10                                              *Attorneys for Defendants the State*
                                                *of Nevada ex rel. Board of Regents*
11                                              *of the Nevada System of Higher Education*
                                                *on behalf of the University of Nevada,*
12                                              *Las Vegas, Brian Spangelo, David Hatchett,*
                                                *Dennis W. Lindle, Ernesto Abel-Santos, Casey*
13                                              *Hall-Carper and Kathleen Korgan*

14
            **IT IS SO ORDERED** this 10th day of November, 2011.
15

16

17         _____
           Gloria M. Navarro
18         United States District Judge

19

20    Submitted By:

21

22

23    _____
      RICHARD C. LINSTROM
      General Counsel
24    Nevada State Bar No. 5407
      SCOTT D. FLEMING
25    Assistant General Counsel
      Nevada State Bar No. 5638
26    UNIVERSITY OF NEVADA, LAS VEGAS
      4505 Maryland Parkway, Box 41085
27    Las Vegas, Nevada 89154-1085
      *Attorneys for Defendants*

28