**SODW**
RICHARD C. LINSTROM
General Counsel
Nevada Bar No. 005407
SCOTT D. FLEMING
Assistant General Counsel
Nevada Bar No. 005638
UNIVERSITY OF NEVADA, LAS VEGAS
4505 South Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants the State
of Nevada ex rel. Board of Regents
of the Nevada System of Higher Education
on behalf of the University of Nevada,
Las Vegas, Brian Spangelo, David Hatchett,
Dennis W. Lindle, Ernesto Abel-Santos, Casey
Hall-Carper and Kathleen Korgan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON C.A. WALLACE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex. rel., its BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS, a state agency, BRIAN SPANGELO, in his official and individual capacity, DAVID HATCHETT, in his official and individual capacity, and DENNIS W. LINDLE, in his official and individual capacity, ERNESTO ABEL-SANTOS, in his official and individual capacity, CASEY HALL CARPER in her official and individual capacity, and KATHLEEN KORGAN, in her official and individual capacities.<br><br>Defendants. | CASE NO. 2:09-cv-1588-RCJ-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel

of record, that the above-entitled case shall be dismissed with prejudice, with each party to bear

their own attorneys fees and costs.

Dated: 10-31-11

By: /s/ Jeffrey S. Blanck
Jeffrey S. Blanck, Esq.
Nevada State Bar No. 3913
485 West Fifth Street
Reno, Nevada 89503
*Attorneys for Plaintiff*

Dated: 11/10/11

By: /s/ Richard C. Linstrom
RICHARD C. LINSTROM
General Counsel
Nevada State Bar No. 005407
SCOTT D. FLEMING
Assistant General Counsel
Nevada State Bar No. 005638
UNIVERSITY OF NEVADA, LAS VEGAS
4505 Maryland Parkway, Box 41085
Las Vegas, Nevada 89154-1085
*Attorneys for Defendants the State
of Nevada ex rel. Board of Regents
of the Nevada System of Higher Education
on behalf of the University of Nevada,
Las Vegas, Brian Spangelo, David Hatchett,
Dennis W. Lindle, Ernesto Abel-Santos, Casey
Hall-Carper and Kathleen Korgan*

**IT IS SO ORDERED** this 10th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted By:

/s/ Richard C. Linstrom
RICHARD C. LINSTROM
General Counsel
Nevada State Bar No. 5407
SCOTT D. FLEMING
Assistant General Counsel
Nevada State Bar No. 5638
UNIVERSITY OF NEVADA, LAS VEGAS
4505 Maryland Parkway, Box 41085
Las Vegas, Nevada 89154-1085
*Attorneys for Defendants*